*E-FILED - 7/11/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FELIX PEREZ FAUSTO, | ) | No. C 04-4721 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| TOM L. CAREY, Warden, | ) | |
| Respondent. | ) | |

The court has granted respondent's motion to dismiss, and dismissed this matter without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED:  7/8/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge